IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| PINOVA, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 2:13CV144 (JEG/LGW) |
| | : | |
| QUALITY MILL SERVICE, INC., and | : | |
| QUALITY INDUSTRIES OF | : | |
| AMERICA, INC. | : | |
| | : | |
| Defendants. | : | |

_____

**LOCAL RULE 7.1.1**
**CERTIFICATE OF INTERESTED PERSONS**
_____

In accordance with Local Rule 7.1.1, Defendants Quality Mill Service, Inc. and Quality Industries of America, Inc. (Defendants) hereby provide the following certificate of interested persons:

1. The undersigned, counsel of record for Defendants, certify that the following is a full and complete list of the parties in this action:

*Name*:                                                              *Relationship*:

Pinova, Inc.                                                         Plaintiff
Quality Mill Service, Inc.                                           Defendant
Quality Industries of America, Inc.                                  Defendant

2. The undersigned further certify that the following is a full and complete list of officers and directors of Defendants:

-1-

-2-

| *Name*: | *Relationship*: |
|---|---|
| Jeffrey D. Stortz | President and Director of Defendants |
| Edward D. Dryden | Chairman of Board of Directors of Defendants |
| Guy D. Messer | Vice President and Director of Defendants |
| James M. Brown, III | Secretary, Treasurer, and Director of Defendants |

3. The undersigned further certify that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

Each Defendant is a privately held corporation in which no publicly traded company owns 10% or more of either Defendant's stock. Defendant Quality Mill Service, Inc. is a wholly owned subsidiary of Defendant Quality Industries of America, Inc. Defendants have several affiliated companies not named as defendants in this case that potentially could be affected by the outcome of the case.

December 2, 2013.                                Respectfully submitted,

                                                 /s/ Robert R. Gunn, II
Martin Snow, LLP                                 ROBERT R. GUNN, II
P.O. Box 1606                                    Georgia Bar No. 315275
Macon, Georgia  31202-1606

-3-

| | |
|---|---|
| 478.749.1700 (telephone) | /s/ Thomas Peter Allen, III |
| 478.743.4204 (facsimile) | THOMAS PETER ALLEN III |
| rrgunn@martinsnow.com | Georgia Bar No. 011995 |
| tpallen@martinsnow.com | |
| sewalker@martinsnow.com | /s/ Stuart E. Walker |
| | STUART E. WALKER |
| | Georgia Bar No. 141620 |
| | |
| | Counsel for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, I electronically filed the foregoing **Local Rule 7.1.1 Certificate of Interested Persons** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> Mark David Johnson
> Samantha A. DiPolito
> Gilbert, Harrell, Sumerford & Martin, PC
> P.O. Box 190
> Brunswick, GA 31521-0190
> 912-265-6700
> Fax: 912-264-3917
> mjohnson@gilbertharrelllaw.com
> sdipolito@gilbertharrelllaw.com

> Counsel for Plaintiff Pinova, Inc.

This 2d day of December, 2013.

/s/ Stuart E. Walker
STUART E. WALKER
Georgia Bar No. 141620

Counsel for Defendants