IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| PINOVA, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CV 213-144 |
| | ) | |
| QUALITY MILL SERVICE, INC., and | ) | |
| QUALITY INDUSTRIES OF | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| QUALITY MILL SERVICE, INC., and | ) | |
| QUALITY INDUSTRIES OF | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WEBSTER INDUSTRIES, INC., | ) | |
| | ) | |
| Third-Party Defendant | ) | |

ORDER

Webster Industries, Inc.'s Motion for Entry and Certification of Judgment Pursuant to Fed. R. Div. P. 54(b), Issuance of Final Judgment in a Separate Document Pursuant to Fed. R. Civ. P. 58 (d), and Response to the Rule 41 Stipulation of Dismissal with Prejudice and this Court's October 7, 2015 Order, having been read and considered is hereby DENIED.

So ORDERED, this ___7___ day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA